**Dismissed and Memorandum Opinion filed October 16, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00737-CR

_____

### AUGUSTINO JUAREZ MOSQUEDA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 66674**

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to the offense of enticing a child. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on April 27, 2012, to confinement for five years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a pro se notice of appeal. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).[1]

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.
Do Not Publish — Tex. R. App. P. 47.2(b)

---

[1] According to the record, appellant attempted to file an out-of-time appeal. This court, however, is without jurisdiction to grant an out-of-time appeal. *Ater v. Eighth Court of Appeals*, 802 S.W.2d 241 (Tex. Crim. App. 1991) (out-of-time appeal from final felony conviction may be sought by filing a writ of habeas corpus with the Court of Criminal Appeals pursuant to article 11.07 of the Texas Code of Criminal Procedure).